**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **ATIYYAH A. DARDEN,** | ) |
|  | ) |
| **Plaintiff** | ) **CIVIL ACTION NO.:** |
|  | ) **2:21-cv-04219-WB** |
| vs. | ) |
|  | ) |
| **AXIA WOMEN'S HEALTH,** | ) |
|  | ) |
| **Defendant** | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Atiyyah A. Darden, and Defendant, Axia Women's Health, by their undersigned counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate and agree that the above-captioned action is dismissed with prejudice, each party to bear their own costs.

Date:  April 12, 2022

**Respectfully Submitted,**

| | |
|---|---|
| */s/ Larry A. Weisberg* | */s/ Thomas Paschos* |
| Larry A. Weisberg, Esquire | Thomas Paschos, Esquire |
| lweisberg@weisbergcummings.com | Tpaschos@paschoslaw.com |
| | |
| WEISBERG CUMMINGS, P.C. | THOMAS PASCHOS & ASSOCIATES, PC |
| 2704 Commerce Drive, Suite B | 325 Chestnut Street, Suite 800 |
| Harrisburg, PA 17110-9380 | Philadelphia, PA 19106 |
| (717) 260-3646 | (215) 636-0555 |
| (717) 233-8133 (Fax) | (215) 636-0460 (Fax) |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

**CERTIFICATE OF SERVICE**

      I, Larry A. Weisberg, hereby certify that the foregoing has been filed electronically and is available for viewing and downloading through the Court's Electronic Case Filing (ECF) System. Upon the electronic filing of a pleading or other document, the Court's ECF System will automatically generate and send a Notice of Electronic Filing to all Filing Users associated with that case.

| | |
|---|---|
| April 12, 2022 | */s/ Larry A. Weisberg* |
| Date | Larry A. Weisberg |